```
TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (Bar No. 111536)
GIA L. CINCONE (Bar No. 141668)
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111
Telephone:   (415) 576-0200
Facsimile:   (415) 576-0300

Attorneys for Plaintiffs
ZAPPOS.COM, Inc.,

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
CLAUDE M. STERN (Bar No. 96737)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Phone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendant,
Shoebuy.com, Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZAPPOS.COM, INC.,<br><br>            Plaintiff,<br><br>vs.<br><br>SHOEBUY.COM, INC.<br><br>            Defendant. | CASE NO. CV 06-5476 PJH<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO FILE AN ANSWER OR RESPONSIVE PLEADING UNDER FED. R. CIV. P. 12 UNTIL OCTOBER 10, 2006, PURSUANT TO CIVIL L.R. 6-2<br><br>JUDGE:   Hon. Phyllis J. Hamilton |

### Stipulation

Pursuant to Civil L.R. 6-2, Plaintiff ZAPPOS.COM, INC. ("Zappos") and Defendant SHOEBUY.COM, INC. ("Shoebuy") hereby stipulate and move this Court for an Order

1  extending the time allotted for Defendants to file an answer or responsive pleading under Federal
2  Rule of Civil Procedure 12 to **Tuesday, October 10, 2006**.
3  No previous time modifications have occurred in this action. The present requested time
4  modification would have no material effect on the schedule for this case.
5  The parties hereby request that the Court adopt the above-referenced stipulated response
6  date as the Order of this Court.
7  Respectfully submitted,

8  DATED: September 26, 2006          TOWNSEND AND TOWNSEND AND CREW LLP

By _____
Gregory S. Gilchrist
Attorneys for Plaintiff Zappos.com, Inc.

DATED: September 26, 2006          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Claude M. Stern
Attorneys for Defendant Shoebuy.com, Inc.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 28, 2006

_____
Hon. Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

60909/1963440.1          - 2 -          STIPULATION EXTENDING TIME
CV 06-5476 PJH