```
SHARTSIS FRIESE LLP
JAMES P. MARTIN (Bar #170044)
RICHARD F. MUNZINGER (Bar #217902)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: jmartin@sflaw.com

Attorneys for Plaintiff
Zappos.com, Inc.
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ZAPPOS.COM, INC. | Case No. CV 06-5476 PJH |
| Plaintiff, | **SUBSTITUTION OF COUNSEL** AND ORDER |
| v. | |
| SHOEBUY.COM, INC. | |
| Defendant. | |

TO THE ABOVE-REFERENCED COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that Plaintiff ZAPPOS.COM, INC. hereby substitutes Shartsis Friese LLP, One Maritime Plaza, 18th Floor, San Francisco, CA 94111, telephone number (415) 421-6500, as its counsel of record in place of Townsend and Townsend and Crew LLP.

DATED:   October 10, 2006          ZAPPOS.COM, INC.

By:*/s/ Steven O. Gasser*
STEVEN O. GASSER
GENERAL COUNSEL

- 1 -
Case No. CV 06-5476 PJH     SUBSTITUTION OF COUNSEL
9000\001\JMARTIN\1389201.1

We consent to the following substitution.

DATED:   October  10, 2006                SHARTSIS FRIESE LLP


                                          By:/s/ James P. Martin
                                                   JAMES P. MARTIN

                                          Attorneys for Plaintiff
                                          ZAPPOS.COM, INC.

The above substitution is accepted.

DATED:   October 11, 2006                 TOWNSEND AND TOWNSEND AND
                                          CREW LLP


                                          By:/s/ Gregory S. Gilchrist
                                                   GREGORY S. GILCHRIST


10/12/06

IT IS SO ORDERED

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111