QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
  Margret Caruso (Bar No. 243473)
  margretcaruso@quinnemanuel.com
  Jeremy Burns (Bar No. 239917)
  jeremyburns@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100
Attorneys for Defendant
Shoebuy.com, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZAPPOS.COM, INC., <br>         Plaintiff, <br> vs. <br> SHOEBUY.COM, INC. <br>         Defendant. | CASE NO.  CV 06-5476 PJH <br><br> **JOINT STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINES** |

**Stipulation**

Pursuant to Civil L.R. 6-2, Plaintiff ZAPPOS.COM ("Zappos") and Defendant SHOEBUY.COM, INC ("Shoebuy") (collectively "the Parties") hereby stipulate and move this Court for an Order extending the dates set by the Court on December 14, 2006.

WHEREAS, on December 14, 2006 the Court ordered that (i) submission of initial disclosures be within two weeks, but recognized that the parties may agree to a later date in view of holiday scheduling, (ii) Shoebuy produce within thirty (30) days the dates that the photos identified by Zappos in its initial disclosures were posted on, and removed from, Shoebuy's website, to the best of its ability; (iii) within sixty (60) days any stipulation to amend the complaint or motion to amend the complaint be filed, (iv) within thirty (30) days of receipt of

1  initial disclosures any motion to transfer be filed; and (v) a further case management conference
2  be held on May 31, 2007 at 2:30 p.m.;
3    WHEREAS the Parties agreed to extend the time to exchange initial disclosures, first to
4  account for holiday scheduling and then to permit meaningful settlement discussions;
5    WHEREAS if the Parties had not agreed upon postponing the exchange of initial
6  disclosures, and had exchanged them on December 28, 2006, Shoebuy's motion to transfer would
7  be due on January 29, 2007;
8    WHEREAS the Parties have engaged in fruitful settlement discussions and are in the
9  process of finalizing their agreement;
10   WHEREAS the Parties wish to postpone all pending deadlines other than the Case
11 Management Conference on May 31, 2007 so that they can finalize their settlement agreement and
12 file a stipulation of dismissal with prejudice;
13   The Parties jointly stipulate and propose that the Court's December 14, 2006 order be
14 modified as follows: (1) by February 21, 2007 initial disclosures be exchanged , (2) by March 7,
15 2007 Shoebuy produce dates that photos identified by Zappos in its initial disclosures were posted
16 on and removed from its website, to the best of its ability, (3) by March 23, 2007, Shoebuy file its
17 motion to transfer, and (4) by March 23, 2007 any stipulation to amend the complaint or motion to
18 amend the complaint be filed.
19   Previously, the Parties have stipulated to extending defendant's time to file an answer or
20 responsive pleading.  Because the Parties are in the process of finalizing a written settlement
21 agreement, they do not believe that the requested time modification would affect the ultimate
22 schedule of this case other than to facilitate an expedient resolution of this action.
23 DATED: January 26, 2007            SHARTSIS FREISE, LLP
24
25
                            By: /s/ Richard F. Munzinger
26                             Richard F. Munzinger
                              Attorneys for Plaintiff
27                             ZAPPOS.COM
28

1  DATED: January 26, 2007                QUINN EMANUEL URQUHART OLIVER &
2                                         HEDGES, LLP
3
4                                         By: /s/ Margret M. Caruso
                                              Margret M. Caruso
5                                             Attorneys for Defendant
                                              SHOEBUY.COM, INC.
6
7                          [~~PROPOSED~~] ORDER

8  PURSUANT TO STIPULATION, IT IS SO ORDERED
   DATED: ~~January       , 2007~~
9          2/1/07

10
11                                        _____
                                          Hon. Phyllis J. Hamilton
                                          UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

--3--

JOINT STIPULATION
CV 06-5476 PJH

60909/2041182.1