1  SHARTSIS FRIESE LLP
   JAMES P. MARTIN (Bar No. 170044)
2  RICHARD MUNZINGER (Bar No. 217902 )
   One Maritime Plaza, 18th Floor
3  San Francisco, California 94111
4  James P. Martin, Esq.
   Richard Munzinger, Esq.
5  Telephone: 415-421-6500
   Facsimile: 415-421-2922
6
7  Attorneys for Plaintiff
8  ZAPPOS.COM, INC.

9  QUINN, EMANUEL URQUHART OLIVER & HEDGES, LLP
   CLAUDE M. STERN (Bar No. 96737)
10 MARGRET M. CARUSO (Bar No. 243473)
   555 Twin Dolphin Drive, Suite 560
11 Redwood Shores, California 94065
   Phone: (650) 801-5000
12 Facsimile: (650) 801-5100
13
   Attorneys for Defendant
14
   SHOEBUY.COM, INC.
15

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ZAPPOS.COM, Inc., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHOEBUY.COM, INC., a Delaware Corporation,<br><br>Defendant. | Case No. CV 06-5476 PJH<br><br>STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE |

## STIPULATION

IT IS HEREBY STIPULATED, by and between Plaintiff Zappos.com, Inc. ("Zappos") and Defendant Shoebuy.com, Inc. ("Shoebuy"), through their respective counsel of record, that:

1.    Zappos filed the Complaint in this action on September 6, 2006, asserting claims against Shoebuy;

2.    Shoebuy filed an Answer on October 10, 2006;

3.    Because the parties have reached a settlement in this action, Zappos hereby dismisses its claims against Shoebuy with prejudice pursuant to Federal Rule of Civil Procedure 41(a);

4.    Each party will bear its own legal expenses, including without limitation, attorneys' fees and costs; and

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 3/7/07

**IT IS SO ORDERED**
*/s/ PJH*
Judge Phyllis J. Hamilton

The Honorable
United States D[istrict Judge]

Dated: March 7, 2007

RESPECTFULLY SUBMITTED,

SHARTSIS FRIESE LLP

_____
Richard Munzinger
Attorneys for Plaintiff
ZAPPOS.COM, INC.

Dated: March 7, 2007

QUINN, EMANUEL URQUHART OLIVER & HEDGES, LLP

_____
Margret M. Caruso
Attorneys for Defendant
SHOEBUY.COM, INC.